UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA ROMANO GONZALEZ,

        Plaintiff,

v.

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

19 Civ. 3312 (LTS) (KNF)

**REVISED SCHEDULING ORDER**



**Kevin N. Fox, United States Magistrate Judge:**

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Judgment and Memorandum of Law in support of his Motion shall be filed by January 3, 2020;

2. Defendant's Opposition and or Cross-Motion and Memorandum of Law in support shall be filed on March 3, 2020;

3. Plaintiff's Reply Memorandum shall be filed on March 24 2020;

4. Defendant's Reply Memorandum shall be filed on April 14, 2020

Dated: New York, New York
      December **3**, 2019

SO ORDERED:

_/s/ Kevin Nathaniel Fox_
**HON. KEVIN N. FOX**
UNITED STATES MAGISTRATE JUDGE