UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA ROMANO GONZALEZ,

        Plaintiff,

v.

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

19 Civ. 3312 (LTS) (KNF)

**REVISED SCHEDULING ORDER**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/20

**Kevin N. Fox, United States Magistrate Judge:**

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Judgment and Memorandum of Law in support of his Motion shall be filed by January 17, 2020;

2. Defendant's Opposition and or Cross-Motion and Memorandum of Law in support shall be filed on March 17, 2020;

3. Plaintiff's Reply Memorandum shall be filed on April 7 2020;

4. Defendant's Reply Memorandum shall be filed on April 28, 2020

Dated: New York, New York
      January __6__, 2020

SO ORDERED:

_Kevin Nathaniel Fox_
**HON. KEVIN N. FOX**
UNITED STATES MAGISTRATE JUDGE