**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ANGELA ROMANO GONZALEZ,

                Plaintiff,                    19 **CIVIL** 3312 (LTS) KNF)

    -v-                                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 11, 2020, that the decision of the Commissioner of Social Security be, and hereby is, reversed that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
         May 11, 2020

                                                **RUBY J. KRAJICK**
                                                _____
                                                   **Clerk of Court**
                        **BY:**
                                                  **Deputy Clerk**